IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01114-MSK-KLM

ANN MARIE EASLEY, an individual,

    Plaintiff,

v.

RUBY TUESDAY, INC., a Georgia corporation,
also known or doing business as Ruby Tuesday,

    Defendant.

## STIPULATED ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| s/ Evan R.J. Baer | s/ Maureen R. Knight |
|---|---|
| Dennis P. Walker<br>Evan R.J. Baer<br>Boesen Law, LLC<br>4100 East Mississippi Ave., 19th Floor<br>Denver, CO 80246<br>Telephone: 303-999-9999<br>Attorneys for Plaintiff Ann Marie Easley | Maureen R. Knight<br>Constangy, Brooks, Smith, & Prophete<br>12500 Fair Lakes Circle, Suite 300<br>Fairfax, VA 22033-3804<br>Telephone: 571-522-6100<br>Attorney for Defendant Ruby Tuesday, Inc. |

**SO ORDERED**

Dated: August 18, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge